UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA GALEANA, <br>             Plaintiff, <br>     v. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>             Defendant. | Case No. EDCV 11-1397-JEM <br><br> **JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: May 14, 2012

                                          */s/ John E. McDermott*
                                        JOHN E. MCDERMOTT
                        UNITED STATES MAGISTRATE JUDGE